## APPEAL OF W. B. PACKMAN.

Docket No. 734.    Submitted July 15, 1925.    Decided September 8, 1925.

*W. B. Packman*, pro se.
*John D. Foley, Esq.*, for the Commissioner.

### Before GRAUPNER, TRAMMELL, and PHILLIPS.

Taxpayer appeals from the determination of a deficiency of $647.70 income tax for 1920.

### FINDINGS OF FACT.

During the year 1919 taxpayer purchased a one-third interest in a farm known as the Wangen farm. In the same year a contract was entered into for the sale of these premises. The contract was carried out in 1920, the details of the consideration for the sale of the fee being as follows:

| | |
|---|---:|
| Cash received in 1919 | $1,000 |
| Cash received in 1920 | 12,441 |
| First mortgage assumed by purchaser | 16,000 |
| Second mortgage given by purchaser as part payment on this property running for five years at 6 per cent | 10,000 |
| Total consideration | 39,441 |

The Commissioner fixed the fair market value of the second mortgage at par and determined the profit to the taxpayer on his one-third interest to be $2,810.

During the year 1919 taxpayer purchased a one-half interest in a farm known as the Alden farm. In the same year a contract was entered into for the sale of these premises. The contract was carried out in 1920, the details of the consideration for the sale of the fee being as follows:

| | |
|---|---:|
| Cash received in 1919 | $1,000 |
| Cash received in 1920 | 5,535 |
| First mortgage assumed by purchaser | 15,000 |
| Second mortgage due in five years at 5½ per cent given by purchaser as part payment of property | 7,000 |
| Total consideration | 28,535 |

The Commissioner fixed the fair market value of the second mortgage at par and determined the profit to the taxpayer on his one-half interest to be $1,550.

During the year 1919 taxpayer purchased a one-half interest in a farm known as the Hoeck farm. In the same year a contract was entered into for the sale of these premises. The contract was carried out in 1920, the details of the consideration for the sale of the fee being as follows:

| | |
|---|---|
| Cash received in 1919 | $1,000 |
| Cash received in 1920 | 5,800 |
| First mortgage assumed by purchaser | 14,200 |
| Second mortgage assumed by purchaser | 2,000 |
| Third mortgage due in five years at 6 per cent given by purchaser as part payment of property | 4,000 |
| Total consideration | 27,000 |

The Commissioner fixed the fair market value of the third mortgage at par and determined the profit to the taxpayer on his one-half interest to be $4,541.

During the year 1920 taxpayer also sold property known as the Berggren farm in which he owned a one-half interest. As a part of the consideration taxpayer received an unsecured note of the purchaser of $2,500, the value of which was fixed by the Commissioner at its face amount, and the profit to the taxpayer determined to be $1,258.88.

### DECISION.

The determination of the Commissioner is approved.

### OPINION.

Phillips: Taxpayer alleges that the Commissioner committed error in fixing the value of the real estate mortgages and the note received by the taxpayer upon these sales at their face value, and in determining the profit accordingly, but at the hearing no competent evidence of the fair market value of these mortgages or the note was offered.

Taxpayer also claimed that the money to finance these transactions was furnished by his wife's father upon the understanding that one-half of the profit should be the property of Mrs. Packman. The testimony, however, is insufficient satisfactorily to establish such an agreement.

Arundell not participating.